Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Capital One Services, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SASKIA WEDDLE,<br><br>            Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES, LLC; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.: 2:19-cv-00875-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL DOCUMENTS (ECF NO. 20)**<br><br>*FIRST REQUEST* |

Defendant Capital One Services, LLC ("Defendant") and Plaintiff Saskia Weddle ("Plaintiff"), by and through undersigned counsel, hereby stipulate that the current deadline to submit the Stipulation of Dismissal and Proposed Order, currently due October 9, 2019 (ECF No. 20), be continued to November 8, 2019. The parties respectfully request this extension as the payment process for distribution of the settlement funds is taking longer than anticipated; however, the parties believe that this thirty (30) day extension is sufficient time to get that accomplished.

. . .

. . .

. . .

This is the parties' first request for an extension of this deadline, and this Stipulation is made in good faith and not for the purpose of undue burden or delay.

IT IS SO STIPULATED.

DATED this 27th day of September, 2019.          DATED this 27th day of September, 2019.

FREIMAN LEGAL                                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Lawrence W. Freiman*                         /s/ *Dana B. Salmonson*

Lawrence W. Freiman                               Suzanne L. Martin
100 Wilshire Blvd., Ste. 700                      Nevada Bar No. 8833
Santa Monica, CA  90401                           Dana B. Salmonson
                                                  Nevada Bar No. 11180
*Attorney for Plaintiff*                          Wells Fargo Tower
                                                  Suite 1500
                                                  3800 Howard Hughes Parkway
                                                  Las Vegas, NV  89169
                                                  *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED September 27, 2019

_____
US MAGISTRATE JUDGE

2